**Form 210A (10/06)**

# United States Bankruptcy Court
Eastern District of TX (Sherman)

In Re: KENNETH WESLEY MILLS                             Case No: 08-40268

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

| | |
|---|---|
| Capital Recovery II | GE Money Bank |
| --------------------------- | --------------------------- |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 18 |
| 25 SE 2nd Avenue, Suite 1120 | Amount of Claim: $159.92 |
| Miami FL 33131 | Date Claim Filed: 6/20/2008 |
| | |
| Phone: (305) 379-7674 | Phone: (800) 480-2140 |
| Last Four Digits of Acct # : 2625 | Last Four Digits of Acct # : |
| | |
| Name and Address where transferee payments Should be sent (if different from above) | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Ramesh Singh                                            Date: October 9, 2008
-----------------------------------
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

General Electric Capital Corporation, a Delaware corporation, GE Money Bank, a federal savings bank, and Retailer Credit Services, Inc, a Delaware corporation (collectively "Transferor") sold and assigned certain claims to Capital Recovery, LLC ("Transferee") as of August 25, 2008. Transferee is a limited liability company organized under the laws of the State of Delaware maintaining a place of business at 25 SE 2nd Avenue, Suite 1120 Miami, Florida 33131-1605. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under the United States Bankruptcy Code.

Proofs of claim with respect to the Accounts may have been filed under any of the following names: Monogram Credit Card Bank of Georgia ("MCCBG"); GE Money Bank ("GEMB"); GE Consumer Finance ("GECF"); GE Capital Corporation; General Electric Capital Corporation; GE Consumer Card Corporation ("GECCC"); GE Money Bank c/o Recovery Management Systems Corporation; Recovery Management Systems Corporation for GE Money Bank.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to any Notice of Transfer of Claim filed by Transferee pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim.

A copy of this Waiver shall have the same force and effect as the original.

**IN WITNESS WHEREOF**, Transferor has executed this Waiver by its duly authorized officer as of this 26 day of August, 2008.


TRANSFEROR
GENERAL ELECTRIC CAPITAL CORPORATION


By: *Michelle Johnson*
Name: Michelle Johnson
Title: Sr. Collections Mgr

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

CAPITAL RECOVERY, LLC ("Seller") has sold certain accounts to Capital Recovery II, LLC ("Purchaser"). Said accounts arise from consumer credit accounts issued to individuals who have filed petitions commencing cases under the United States Bankruptcy Code.

NOW, THEREFORE, for good and valuable consideration, Seller stipulates that Purchaser may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice or hearing requirements imposed by, or right to object pursuant to, Bankruptcy Rule 3001 (e) (2) or otherwise. Seller further consents to the attachment of a copy of this Assignment to a Notice of Transfer of Claims filed by Purchaser pursuant to said rule.

IN WITNESS WHEREOF, Seller has signed and delivered this instrument on the 26th day of August, 2008.

CAPITAL RECOVERY, LLC

By: _____
Ramesh Singh
Chief Financial Officer