TRUSTEE NON-ELECTRONIC
MILLS TX0527

Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS, PLANO DIVISION

In re __KENNETH WESLEY MILLS__  Case No. ____08-40268-BTR____

AKA:WES MILLS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed 11 U.S.C. §1111(a).
Transferee hereby gives evidence and notice pusuant to Rule 3001(e)(2), Fed R. Bankr., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST Settlement Corporation | HSBC Bank Nevada and its Assigns |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    eCAST Settlement Corporation
    POB 35480
    Newark NJ 07193-5480

Court Claim # (if known): ____14____

Amount of Claim: ____474.42____

Date Claim Filed: ____05/12/2008____

Phone: ____610-644-7800____  Phone: ____702-243-1678____
Last Four of Acct #: ____6898____  Last Four of Acct #: ____6898____
Last Four of Alternate Acct #: _____  Last Four of Alternate Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Alane A. Becket__  Date:____02/09/2009____
    Alane A. Becket, Esquire, PA65451
    Becket & Lee LLP, Attorney/Agent for Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

HST81105