BILLY D. PRICE, P.C.
5489 Blair Road
Suite 425
Dallas, TX  75231
214/696/9601 -Telephone
214/696/9635-Facsimile

ATTORNEY FOR DEBTOR (S)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Kenneth Wesley Mills** | § | **CASE NO.  08-40268-R** |
| | § | |
| | § | **CHAPTER 13** |
| **DEBTOR(S)** | § | |
| | § | |

### MOTION TO VOLUNTARILY DISMISS DEBTOR'S CHAPTER 13 BANKRUPTCY

TO THE HONORABLE BANKRUPTCY JUDGE:

The Debtor, by his attorney, hereby request that his Chapter 13 Bankruptcy be dismissed

1. Debtor filed for Chapter 13 Bankruptcy on or about 2/4/2008.

2. Debtor does not wish to continue with the bankruptcy at this time.

**WHEREFORE,** Debtor prays for an order from the Court dismissing Debtor's Chapter 13 Bankruptcy proceeding and for such other relief the court deems just and fair.

DATED: March 23, 2009

            Respectfully Submitted

            BILLY D. PRICE, P.C.
            5489 Blair Road
             Suite 425
            Dallas, TX 75231
            (214) 696-9601
            (214) 696-9635


      /s/ Billy D. Price_____
            Billy D. Price
            SBN:  16238360

            ATTORNEY FOR DEBTORS

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above and foregoing *Motion to Voluntarily Dismiss Debtor's Chapter 13 Bankruptcy* was on this March 23, 2009 forwarded to the following:

Attached Mailing List

                                                __/s/ Billy D. Price_____
                                                Billy D. Price
                                                SBN:  16283860
                                                BILLY D. PRICE, P.C.
                                                5489 Blair Road
                                                Suite 425
                                                Dallas, TX 75231
                                                (214) 696-9601
                                                (214) 696-9635