**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § § | |
| **Kenneth Wesley Mills** | § | **CASE NO: 08-40268-R** |
| | § § § | |
| **DEBTORS** | § § | **CHAPTER 13** |

**ORDER DISMISSING CHAPTER 13 BANKRUPTCY**

CAME BEFORE THE COURT Debtors' Motion to Voluntarily Dismiss Chapter 13 Bankruptcy. After reviewing the pleadings and hearing the arguments of counsel, if any, the Court finds the following:

The above described Motion was served on all parties-in-interest by first class mail on March 23, 2009; and

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the above entitled and numbered case be dismissed.

# # # End of Order # # #

**PREPARED BY:**

Billy D. Price
SBN: 16283860
**BILLY D. PRICE, P.C.**
5489 Blair Road, Suite 425
Dallas, TX 75231
214-696-9601
214-696-9635 - Fax

**COUNSEL FOR DEBTOR**